FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2016 SEP 12 PM 3: 51

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

JEFFREY BRISEBOIS and
AMANDA BRISEBOIS, his wife,

     Plaintiffs,

vs.

                    CASE NO.: *U:16-CV-1589-ORL-31-GJK*

UNITED STATES OF AMERICA
and BRYAN E. TURNER,

     Defendants.
_____/

## COMPLAINT

     COME NOW the Plaintiffs, JEFFREY BRISEBOIS and AMANDA BRISEBOIS, his wife, by and through their undersigned attorneys, and sue the Defendants, UNITED STATES OF AMERICA and BRYAN E. TURNER, and for cause of action allege and aver as follows:

     1.     This is an action for motor vehicle negligence cognizable under the Federal Tort Claims Act, 28 USC §§1346(b)(1) and 2671, et. seq., as more particularly set forth hereinafter. The amount in controversy exceeds $75,000.00, exclusive of costs, interest, and attorney's fees.

     2.     That on or about February 20, 2015, more than six months before this action was instituted and within the applicable statute of limitation imposed by 28 USC §2401, the claims set forth herein were initially presented to the United States Postal Service (USPS), in writing, and a Form 95 submitted, all in accordance with the provisions of 28 USC §2675.

A copy of the Form 95 is attached as composite Exhibit "A".  The USPS initially denied the claim in writing on August 6, 2015 (Exhibit "B"), and the Plaintiffs sought reconsideration pursuant to 39 CFR §912.9 (Exhibit "C").  The USPS denied Plaintiffs' request for reconsideration on July 27, 2016 (Exhibit "D"), thereby requiring the filing of this action pursuant to 28 USC §2675(a).

3.      That the Plaintiffs have otherwise performed all conditions precedent to the bringing of this action, or the same have been waived by the Defendants.

4.      That the Plaintiffs currently reside at 1840 Sugartree Circle, New Smyrna Beach, FL 32168, are U.S. citizens within the jurisdiction of the Federal District Court for the Middle District of Florida, and at all times material hereto were and are now husband and wife, enjoying a family relationship.

5.      That the acts and omissions giving rise to this Complaint occurred in Edgewater, Volusia County, Florida, and involve the United States Postal Service (hereinafter "USPS"), making venue appropriate as prescribed by 28 USC §1402(b).

6.      That upon information and belief, the Defendant, BRYAN E. TURNER, was an agent or employee of the USPS, an agency of the Defendant, UNITED STATES OF AMERICA, at all times material hereto, and was acting within the express, implied, or apparent course and scope of his agency or employment.  Plaintiffs specifically request that the Defendant, UNITED STATES OF AMERICA, certify that the Defendant, BRYAN E. TURNER, was an employee of the United States at all times material hereto, in accordance with the provisions of 28 USC §2679(b), by filing an appropriate "scope certificate" with the

Court, at which time the Plaintiff will amend the Complaint to drop the Defendant, BRYAN E. TURNER, as a nominal party Defendant and proceed only against the Defendant, UNITED STATES OF AMERICA.

7.      That on or about October 28, 2013, the Defendant, BRYAN E. TURNER, negligently operated or maintained a motor vehicle owned by the Defendant, UNITED STATES OF AMERICA, with its permission and consent, on New Hampshire Street at or near its intersection with U.S. Highway 1, in Edgewater, Volusia County, Florida, such that it struck the Plaintiff, JEFFREY BRISEBOIS, who was operative a bicycle.

8.      As a direct and proximate result of the negligence of the Defendant, UNITED STATES OF AMERICA, by and through its agents and employees acting within the express or implied course and scope of their agency or employment, the Plaintiff, JEFFREY BRISEBOIS, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. All such losses are permanent and continuing in nature and the Plaintiff, JEFFREY BRISEBOIS, will suffer such losses indefinitely into the future.

9.      As a further direct and proximate result of the negligence of the Defendant, UNITED STATES OF AMERICA, as aforesaid, the Plaintiff, AMANDA BRISEBOIS, has lost the comfort, companionship, society and consortium of her husband, JEFFREY BRISEBOIS, and will continue to suffer such losses indefinitely into the future.

WHEREFORE, the Plaintiffs, JEFFREY BRISEBOIS and AMANDA BRISEBOIS, his wife, demand judgment for damages against the Defendants, UNITED STATES OF AMERICA and BRYAN E. TURNER, jointly and severally, together with their costs in and about this suit expended, and demand trial by jury of all issues triable as a matter of right by jury.

DATED this _____ day of September, 2016.

 

_____
Michael K. Bailey, Esquire
Florida Bar No.: 0326232
BAILEY FISHER, PLLC
1400 West Fairbanks Avenue, Suite 101
Winter Park, Florida 32789
(407) 628-2929 (telephone)
(407) 628-3909 (facsimile)
Email: mike@baileyfisherlaw.com
Attorneys for Plaintiffs