UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEFFREY BRISEBOIS,

    Plaintiff,

v.                                                     Case No. 6:16-cv-1589-Orl-31GJK

UNITED STATES OF AMERICA,

    Defendant.
_____/

## NOTICE OF FILING

COMES NOW Defendant, UNITED STATES OF AMERICA, by and through the undersigned Assistant United States Attorney, and gives notice of filing its objections to Plaintiff's Amended "A" Exhibit list.

Dated: May 24, 2018                         Respectfully submitted,

                                                   Maria Chapa Lopez
                                                   United States Attorney

                            By:    /s/ Julie R. Posteraro
                                         JULIE R. POSTERARO
                                         Assistant United States Attorney
                                         USA No. 157
                                         400 W. Washington Street, Suite 3100
                                         Orlando, Florida 32801
                                         Telephone: (407) 648-7500
                                         Facsimile: (407) 648-7588
                                         Email: Julie.Posteraro@usdoj.gov

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 24, 2018 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to the following CM/ECF participant:

Michael K. Bailey, Esq.
BAILEY FISHER, PLLC
1400 West Fairbanks Avenue
Suite 101
Winter Park, FL 32789
Email:  mike@baileyfisherlaw.com

                                                  /s/ Julie R. Posteraro
                                                  Assistant United States Attorney