UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEFFREY BRISEBOIS,

    Plaintiff,

vs.                                    CASE NO.:   6:16-cv-1589-Orl-31GJK

UNITED STATES OF AMERICA,

    Defendant.

_____/

# PLAINTIFF'S "A" EXHIBIT LIST

| Exh No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections/ Stipulated/ Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | | | James Krawczyk | | Photographs of accident scene taken 10/28/13 by James Krawczyk |
| 2 | | | James Krawczyk and/or Bryan Turner | | USPS Form 1769/301, Accident Report form (Bates 00974 - 00977) |
| 3 | | | James Krawczyk and/or Bryan Turner | | USPS Form 1700 and attachments (Bates 00982 - 00988) |

| Exh No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections/ Stipulated/ Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 4 | | | James Krawczyk and/or Bryan Turner | | Motor Vehicle Accident Report Form NSN 7540-00-634-4041 (Bates 00978 – 00981) |
| 5 | | | James Krawczyk and/or Bryan Turner or Admission from Request for Admissions | Designated Confidential | Edgewater Post Office delivery route map |
| 6 | | | Plaintiff, Bryan Turner, James Krawczyk, Gary Stephens, or Justin Morgan, Ph.D. | Authentication; cumulative; exceeds scope of expert disclosure pursuant to Rule 26(a)(2)(B) | Photographs of the accident scene, including ground level and aerial views |
| 7 | | | Plaintiff, Bryan Turner, James Krawczyk, Gary Stephens, or Justin Morgan, Ph.D. | Description does not match exhibit; cumulative | Photographs of the vehicles involved in the accident taken by Edgewater Police Department |
| 8 | | | Records Custodian | | USPS Work Order 6475464 for Vehicle Number 4314385 |
| 9 | | | Records Custodian | | USPS Work Order History forms relating to maintenance and repair history for Vehicle 4314385 |
| 10 | | | Plaintiff or spouse, Amanda Brisebois | | Photographs and/or videotape depicting Plaintiff's physical condition since October 28, 2013 |

| Exh No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections/ Stipulated/ Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 11 | | | Records Custodian, if necessary | | Plaintiff's medical records from EVAC Ambulance/ County of Volusia |
| 12 | | | Records Custodian, if necessary | | Plaintiff's medical records from Bert Fish Medical Center |
| 13 | | | Records Custodian, if necessary | | Plaintiff's medical records from Advantacare of Florida, LLC |
| 14 | | | Records Custodian, if necessary | | Plaintiff's medical records from Accurate Healthcare |
| 15 | | | | | Plaintiff's lumbar MRI of 11/18/13 (report and images) |
| 16 | | | Neil Brown, M.D., or Records Custodian, if necessary | Failure to disclose document during discovery | Plaintiff's medical records from Neil Brown, M.D./Total M.D. Orthopedics and Neurosurgery |
| 17 | | | Alyn Benezette, D.O. or Records Custodian, if necessary | Failure to disclose document during discovery; hearsay | Plaintiff's medical records from Coastal Neurology |

| Exh No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections/ Stipulated/ Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 18 | | | Mindy Weingarten, D.C. or Records Custodian, if necessary | | Plaintiff's medical records from Port Orange Family Chiropractic Center |
| 19 | | | Angela Moore, D.C. or Records Custodian, if necessary | | Plaintiff's medical records from Moore Menneto Chiropractic |
| 20 | | | Records Custodian, if necessary | | Plaintiff's 11/13/15 Lumbar MRI from New Smyrna Imaging (report and images) |
| 21 | | | Records Custodian, if necessary | Authenticity | Plaintiff's medical records from Walmart Pharmacy |
| 22 | | | Records Custodian, if necessary | | Plaintiff's medical records from Publix Pharmacy |
| 23 | | | Records Custodian, if necessary | | Plaintiff's 4/14/17 Lumbar MRI from Stand Up MRI (report and images) |
| 24 | | | Kate Canfield, LAC or Records Custodian, if necessary | Failure to disclosure during discovery | Plaintiff's medical records from Kate Canfield, LAC, AP/Health Point, LLC |

| Exh No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections/ Stipulated/ Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 25 | | | Shushanna St. John or Records Custodian, if necessary | | Plaintiff's medical records from Shushanna St. John (Precision Alignment Yoga) |
| 26 | | | Erica L. O'Donnell, D.O. or Records Custodian, if necessary | | Plaintiff's medical records from Erica L. O'Donnell, D.O./Sandpiper Medical Associates |
| 27 | | | Medical Provider involved with interpreting test or Records Custodian | Exhibit not presented to defense counsel; failure to disclosure during discovery | Plaintiff's diagnostic test results, including EMG and NCV test results |
| 28 | | | Per Notice under Rule 1006 and/or Plaintiff | Improper summary of medical expenses under Fed. R. Evid. 1006 | Summary of medical expenses related to the incident of October 28, 2013 for Plaintiff (per Rule 1006, F.R.Civ.P.) |

| Exh No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections/ Stipulated/ Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 29 | | | Plaintiff or Records Custodians, if necessary | Relevance; Exhibits 29o and 29p not presented to defense counsel | Plaintiff's medical bills from any or all of the following sources:<br>a)   EVAC Ambulance/ County of Volusia<br>b)   Emergency Medical Professionals<br>c)   Bert Fish Medical Center<br>d)   Radiology and Imaging Specialists<br>e)   Advantacare of Florida, LLC<br>f)   Accurate Healthcare<br>g)   Neil Brown, M.D./Total M.D. Orthopedics and Neurosurgery<br>h)   Pinnacle Laboratories<br>i)   Coastal Pain & Neurology<br>j)   Port Orange Family Chiropractic Center<br>k)   Moore Menneto Chiropractic<br>l)   New Smyrna Imaging<br>m)   Walmart Pharmacy<br>n)   Publix Pharmacy<br>o)   Shushanna St. John/Precision Alignment Yoga<br>p)   Kate Canfield, LAC, AP/Health Point, LLC<br>q)   Erica L. O'Donnell, D.O./Sandpiper Medical Associates<br>r)   Stand Up MRI |
| 30 | | | Plaintiff or Records Custodian | Exhibit not presented to defense counsel; failure to disclose during discovery | Payroll records from So Napa Grill documenting hours worked and wages earned for period November, 2014 to present |

| Exh No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections/ Stipulated/ Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 31 | | | Judicial Notice per predicate of permanent injury from health care providers | | Applicable mortality tables |
| 32 | | | Lisa Buscher | Relevance; foundation; authentication; incomplete | May 13, 2014 "Notice to Proceed" letter from Lisa L. Buscher, FDOT, to Malecia J.N. Harris, City of Edgewater |
| 33 | | | Records custodian, City of Edgewater or FDOT | Relevance; foundation; authentication; | Local Agency Program Agreement dated May 12, 2014 between FDOT and City of Edgewater |
| 34 | | | Records custodian, Kimley-Horn | Relevance; foundation; authentication; | Construction Plans for State Road 5 Sidewalk from Volco Road to North City Limits of Edgewater Volusia County, Florida prepared by Kimley-Horn and Associates, Inc. |
| 35 | | | Records custodian, City of Edgewater | Relevance; foundation; authentication; | City of Edgewater Community Redevelopment Area Finding of Necessity Study, April 2014 |
| 36 | | | Judicial Notice or Records custodian, FDOT | Relevance; foundation; authentication; | FDOT Design Standard 17347 - Bicycle Markings |
| 37 | | | Judicial Notice or Records custodian, FDOT | | FDOT Manual of Uniform Minimum Standards for Design, Construction and Maintenance of Streets and Highways ("Florida Greenbook")(May, 2013) |

| Exh No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections/ Stipulated/ Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 38 | | | Judicial Notice or Records custodian | | Federal Manual on Uniform Traffic Control Devices |
| 39 | | | Bryan Turner | | Grumman USPS Long Life Vehicle Operator's Manual |
| 40 | | | Judicial Notice or Records Custodian | | USPS Handbook PO-701 with Postal Bulletin Revisions Through October 23, 2008 |
| 41 | | | Judicial Notice or Records Custodian | | USPS EL-801 Supervisor's Handbook |
| 42 | | | Judicial Notice or Records Custodian or Bryan Turner | | USPS EL-804 Safe Driver Program |
| 43 | | | Judicial Notice or Records Custodian or Bryan Turner | | USPS EL-814 Postal Employee's Guide to Safety |
| 44 | | | Judicial Notice or Records Custodian or Bryan Turner | | USPS Handbook M-41, City Delivery Carriers Duties and Responsibilities |

| Exh No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections/ Stipulated/ Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 45 | | | Judicial Notice or Records Custodian | | USPS Postal Operations Manual, Chapter 7 - Postal Vehicle Service |
| 46 | | | Judicial Notice or Records Custodian or Bryan Turner | | USPS Defensive Driver Course Debrief |
| 47 | | | Gary Stephens | | Specifications for Grumman LLV |
| 48 | | | Judicial Notice or Records Custodian or Bryan Turner | | USPS Safety Talks, Publication 129 |
| 49 | | | Judicial Notice or Records Custodian | | USPS Fleet Management Bulletin V-20-87 dated September 15, 2987 |
| 50 | | | Judicial Notice | | Defendant's Answers to Interrogatories |
| 51 | | | Justin Morgan, Ph.D. | | All photographs and exhibits attached to deposition of Justin Morgan, Ph.D. |

| Exh No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections/ Stipulated/ Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 52 | | | Gary Stephens | Exhibit not presented to defense counsel; failure to disclosure during discovery | Photographs of exemplar bicycle lane markings |