# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JEFFREY BRISEBOIS,

      **Plaintiff,**

v.                                        **Case No:  6:16-cv-1589-Orl-31GJK**

UNITED STATES OF AMERICA,

      **Defendant.**

## ORDER

This cause comes before the Court on Defendant's Motion for Clerk's Taxation of Costs (the "Motion to Tax Costs," Doc. 74) filed November 15, 2018, and Plaintiff's Objection to Defendant's Bill of Costs filed December 1, 2018 (Doc. 75).

On December 26, 2018, the United States Magistrate Judge issued a report (Doc. 76) recommending that the motion be granted in part and the objection be sustained in part. No objection to that report was filed.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.      The objection (Doc. 75) is **SUSTAINED** in part, such that Plaintiff's requested costs for deposition transcripts are reduced to $5,630.24 and Plaintiff's photocopying expense is reduced to $1,143.60. In all other respects, the objection (Doc. 75) is **OVERRULED**.

3.      Accordingly, the Motion to Tax Costs (Doc. 74) is **GRANTED** in part.   The

Court taxes $8,130.38 in costs against Plaintiff.   In all other respects, the motion is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 10, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party